JOHN DOE 1-9, SUI JURIS
CUSTODY #44119012319 & CARE OF CLERK OF JUDGE JOHNSON
1  SUPREME COURT OF QUEENS COUNTY CASE #: 2013-QNO-13092
2  125-01 QUEENS BLVD                      2013-QNO-13092
3  KEW GARDENS, NY 11415        **19 CV 4109**
4
5  cc: c/o d/b/a Reason, Logic & Law
6  322 W. 48TH St (LOCAL 802 AFM)
7  MANHATTAN, NY
8
9       UNITED STATES CIRCUIT, DISTRICT & STATE COURTS
10          FOR THE PROPER VENUE & JURISDICTION
11
12   Plaintiff under Seal,                  | CASE #:
13   JOHN/JANE DOE 1-9, et al.              | 19-CV-_____ (cm)(una)
14              Plaintiff(s)                |
15      v,                                  | CIVIL COMPLAINT FOR:
16   Sgt. Finney, #3281, #3271,             | 1. DISCRIMINATION, 2.-8.
17   The People of the State of NY,         | VIOLATIONS OF THE
18   JOHN/JANE DOES 1-789, et al.           | 1ST, 4TH, 5TH, 6TH, 8TH, 11TH, 14TH
19              Defendants                  | AMENDMENTS, 9. LANHAM
20
21   "[T]he liberty of every man            ACT VIOLATION, 10. FALSE
22   [is] in the [unclean] hands            ARREST, 11. UNLAWFUL DETENTION
23   of every petty officer!"               12. SLANDER, 13. MALICIOUS
24                                          PROSECUTION, 14. RICO VIOLATIONS,
25   Pro se IFP Plaintiff for               15. FALSE IMPRISONMENT, 16.
26   his civil complaint avers:             WRONGFUL IMPRISONMENT
27                                          17. HOBBS ACT VIOLATION
28                                          18. Disturbance of worship
                   pg 1 of 9                19. 42 U.S.C. 1983

## I. FACTUAL ALLEGATIONS

### A. General Allegations

**1. Extraordinary Circumstances**

a.) In 1991 Plaintiff removed his father's rights in Texas courts, at age 5.

b.) In 2003/2004 Plaintiff removed his mother & step-father's conservatorship in Texas state courts.

c.) In 2011 D.O.B. and NY state officers took Plaintiffs home from him without warrant leaving him chronically homeless to present date.

d.) Later that year, The British Broadcasting Corporation blurred Plaintiffs trademarks.

e.) In 2012 Plaintiff and his girlfriend miscarried their child 4 months into pregnancy.

f.) Later that year Plaintiff was wrongfully imprisoned in Atlanta, GA. His trademarks were tarnished as a result.

g.) In 2014 U.K. company Fremantle overseas Ltd. tarnished Plaintiffs on one of their TV programs that the State of Arizona officers confused for "America's Got Talent" in justifying their wrongful imprisonments in 2016.

h.) Later that year Scott Rudes ordered the comminution of Plaintiffs 2nd metacarpal by D.I.S.D. Police, further tarnishing his marks.

Pg 2 of 9

I. A. 1.

i.) Shortly after, The People of the State of California wrongfully imprisoned Plaintiff and forced injected him with Haldol and Anti-histimines under arrest for six days on a fraudulent trespass charge, permantly disabling him.

j.) After fleeing the People of the State of California, the Plaintiff returned homeless to NYC where he was falsely imprisoned for disorderly conduct.

2.) Zealous Sgt. Finney of New Jersey

a.) On Saturday, April 20, 2019 around 3 PM an officer, Finney, with branding on his shoulder stating New Jersey Authority approached Plaintiff aggressively, accosting him and stating "You know what your problem is?" "You talk too God Damn much!" while plaintiff was participating in a worship, Gospel, on 42nd street Manhattan at a Piano open to the public.

b.) Plaintiff respectfully responded he didn't understand, triggering Sgt. Finney into a zealous and uncarefully conducted, unreasonable, searches and seizures outside the judicial process where the exigencies of the situation in NO WAY made the actions imperative.

28.

pg 3 of 9

I.A.2.

c.) Sgt. Finney's intentions were to willfully disturb and interrupt the Plaintiffs assemblage met for religious worship, by profane discourse, rude and indecent behavior to disturb the order and solemnity of the meeting.

d.) No conditions existing prior to the officers stop established reasonable suspicion or probable cause, and what the officers discovered during their unconstitutional detainment and arrest is not sufficient to establish retroactive reasonable cause.

e.) Sgt. Finney could not point to specific and articulatible facts which, taken together with rational inferences from those facts would lead a neutral magistrate on review to conclude that a person of reasonable caution would be warranted in believing that possible criminal behavior was at hand.

f.) "The gaurantee of the Constitution of the United States of the free exercise of religious opinion, and the rights of the people peaceably to assemble and petition for a redress of grievances, would be but an idle mockery if meetings convened for such purposes could be invaded and disturbed with impunity." Wall v. Lee 34 NY 141, 149

g.) Moreover, A person detained without warrant must be brought before a judge, within a reasonable time, to determine probable cause. See Gerstein v. Pugh

h.) Plaintiff asked to be booked as John Doe 1 & 2. The officers distraint Plaintiff chattel to find fruits of the poisionous tree, including Plaintiffs natural title, and sent him to Queens on a 2013 warrant for a vauge charge unfacilitating the speedy resolution of the initial action.

pg 4 of 9

I. A. 2.
  i.) The unconstitutional transfer was an intentional delaying of the -first frivolous action worthy of maximum sanctions and redress.
  B.) CAUSES OF ACTION
    1.) Discrimination
      a.) Sgt. Finney discriminated against Plaintiff based on i.) his Mexican-American Race ii.) his Catholic-Christian creed/religion, and iii.) his socio-economical background
    2.) 1st Amendment Violations
      a.) Finney prohibited Plaintiff's free exercise of religion.
      b.) Finney, the Courts officers, and officer #3281,#3217, et al., abridged Plaintiff's freedom of speech
      c.) Finney abridged the right of Plaintiff and his assemblage to peaceably assemble.
      d.) while at Elmhurst CPEP #8037, et al Plaintiff was denied the right to petition the Government for a redress of grievances.
    3.) 4th Amendment Violations
      a.) The Defendants searched and seized Plaintiff's violin case, his manuscript papers, copyright form VA, and Personal wallet without reason/cause.
    4.) 5th Amendment Violations
      a.) Plaintiff was subject for the same vague offense, twice put in jeopardy of life.
      b.) Plaintiff was deprived substantial liberty and property without due process of law.

I.B.

5.) 6th Amendment violations
  a.) Plaintiff was transferred out of district.
  b.) Plaintiff was given assistance of "counsel" "Attorney Jack" who was later revealed as an investigator for the People of the State of NY.
  c.) The People of the State intentionally kept the charges from plaintiff.

6.) 8th Amendment violations
  a.) Plaintiff was cruelly and unusually punished.
  b.) Excessive bail was imposed by incarcerating Plaintiff for 11 days without a bail being set.

7.) 11th Amendment violations
  a. The action was commenced by authorities of New Jersey.

8.) 14th Amendment violations
  a.) No due process of law, inter alia.

9.) Violation of the Lanham Act
  a.) The branding of the officers caused confusion as to the origin and sponsorship of their goods/services because states are sovereign in the United States of America and Plaintiff couldn't tell.

10. False Arrest.
  a.) Plaintiff was arrested by officers who lacked legal authority for the arrest.

Pg 6 of 9

I.B.

11. Unlawful Detention
    a.) The officers went directly from consensual to arrest.
    b.) Defendants used the unlawful detention to bear fruit of the poisonous tree.

12. Slander.
    a.) The officers told many witness an employees of Queen Court that Plaintiff was a guilty criminal and a faggot.

13. Malicious Prosecution.
    a.) Finney misused the judicial system.

14. R.I.C.O. violations
    a.) Officers/Defendants violated plaintiff's rights in order to promote themselves in their gang of tort feasors. and Charlatans.

15. FALSE IMPRISONMENT
    a.) Plaintiff was confined against his will.

16. Wrongful Imprisonment
    a.) Plaintiff didn't do anything!

17. Hobbs Act Violation
    a.) The tortious, wanton acts touch statelines and the officers stole a sacred $2 bill.

18. Disturbance of worship. a) See I.A.2.C

19. 42 USC 1983 - Res Ipsa Loquitur

I.C. **Injuries**

1. Injuries include:
   a.) loss of reputation and credit
   b.) humiliation
   c.) mental suffering
   d.) discomfort
   e.) injury to health
   f.) loss of time
   g.) deprevation of society with family
   h.) attorney fees
   i.) court costs
   j.) economic loss
   k.) inter alia.

II. **Relief Sought**

A. Plaintiff Seeks:
   1. Maximum injunctive & equitable relief
   2. Maximum Sanctions
   3. Punitive damages
   4. All further relief that may be just/equitable.
   5. See bit.ly/arco-idol page 1 "relief sought" by Amy Totenberg.
   6. That judges, clerks and officers take communion with Hon. Toliver (N.D.TX), Hon Abrams (S.D.NY), Hon Olguin (C.D.Ca), Hon Totenberg (N.D.GA), & Hon. Amit (D.D.C.) and Judge Johnson Queens Superior

Pg 8 of 9

## III. Prayer for Relief

Thank you for taking the time to consider my civil claim. I've spent most of my life without liberty. Help me? Please? I live in jail, jails converted to homeless men's shelters, subway cars and on the streets. I built three violins... all three three, taken from me by the police. I built a home. It was also taken from me by the police. I'm a good person. I love and forgive. I deserve to matter. I work so hard. I read and write so much. I give American Justice 100% of my time. Help me secure sacred boundaries? Help me rise to positions of authority? Bless me indeed and expand my territory? Show me where we come from and where we are? Set a gaurd over my tounge and let the wicked fall into their own nets while I safely pass by?

With love. Your Servant,

4/29/19

X John Doe 1-9
Sui Juris

JOHN DOE 1-9, SUI JURIS
(202) 643-3 LAW
reasonlogiclaw@gmail.com

pg 9 of 9

```
SUPREME COURT                QUEENS COUNTY
125-01 QUEENS BLVD KEW GARDENS, NY 11415
```

| | |
|---|---|
| The People of the State of New York, Plaintiff, | CASE #: 2013-QN0-13092 |
| v. | MOTION TO DISMISS |
| Defendant Under Seal, Defendant | FOR AN INABILITY TO PROVE GUILT BEYOND A REASONABLE DOUBT |

Pro Se Defendant under Seal for his motion to dismiss avers:

1. Considering the staleness of the claim, the pettyness of the offense, and the unconstitutional means by which the defendant was detained, arrested and arraigned...

2. Moreover, considering that doubts exist regarding consent and that prosecuting would not be, and has not been just, speedy, or inexpensive, and...

3. Further, since the Defendant has gone exceptionally longer than six months since the purported offense without any violations, meriting dismissal since he has met the term of adjournment contemplating dismissal multiple times over since being asked to do so...

Defendant respectfully motions to dismiss for an inability to prove guilt beyond a reasonable doubt.

4/30/19            John Doe [signature]

MAILTO - LIBRARY of CONGRESS, 101 Independence Ave SE WASHINGTON DC. 20540

## COPYRIGHT Form TX: Registration

1. <u>Title of the Work</u>: 2019.IV.2.A_civil_ifp1.pdf.

2. <u>Authors</u>:   A. John Doe I-9, SUI JURIS of [illegible]
   B. Anonymous #1 [illegible]
   C. Anonymous #2 [illegible] archive

3. <u>DATE & NATION</u>: USA   MAY 2nd, 2019

4. <u>Claimant(s)</u>: John Doe I-9, SUI JURIS
   [illegible] #4411623h c/o clerk of [illegible]
   Supreme court of queens county
   125-01 Queens Blvd
   Kew Gardens, NY 11415

5. <u>Previous Registration</u>:  N/A

6. <u>Derivative or Compilation</u>: N/A

7. <u>Deposit Account</u>: Applicant is destitute. U.S. Constitution 1(8)(8) secures Does writings to him.

8. Applicant swears under penalty of perjury that everything herein is true.

9. [signature] John Doe / [signature] SUI JURIS
   4/29/19
   175 Remsen St.
   5th & 11th Floor.

RECEIVED SDNY PRO SE OFFICE 2019 MAY -7 PH 12: 45 S.D. OF N.Y.

[Scanned envelope with USA Forever stamp, New York postmark, handwritten return address referencing "AFM LOCAL 802, 322 W 48TH St, Manhattan NY 10036", addressed to "United States District Court, S.D. of N.Y.", with "RECEIVED 2019 MAY -7 PM 12:4_ SDNY PRO SE OFFICE" stamp and "USMS KINGS" markings.]