UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/3/2021
```

JUAN PABLO CHAVEZ,

           Plaintiff,

v.

JOHN/JANE DOE 1-9; SGT. FINNEY, #3281, 3271; BRC "THE BOULEVARD"; THE MOUNT SINAI HOSPITAL; ADT RECOMMENDER; THE 730 PSYCHS; AMERICAN RED CROSS; DHS OFFICE OF THE OMBUDSMAN,

           Defendants.

19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It has been reported to the Court that discovery has closed in this matter. The Court shall conduct a post-discovery conference on May 18, 2021 at 4:30 pm. By no later than May 11, 2021, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

      The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

      This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    May 3, 2021
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge