UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/19/2021

JUAN PABLO CHAVEZ,

                     Plaintiff,

           v.

SGT. WILLIAM FINNEY, et al.

                     Defendants

No. 19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 3, 2021, the Court scheduled a post-discovery conference for May 18, 2021 at 4:30 p.m, to discuss whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. Mr. Chavez did not call into that telephone conference.

In the joint letter submitted to the Court ahead of the conference, Defendants requested permission to file a motion for summary judgment. Defendants shall file their motion by July 23, 2021. Plaintiff shall submit his opposition by no later than August 20, 2021. Any reply shall be submitted by September 3, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    May 19, 2021
         New York, New York

                                           Ronnie Abrams
                                         United States District Judge