USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

               Plaintiff,

v.

JOHN/JANE DOE 1-9; SGT. FINNEY, #3281, 3271; BRC "THE BOULEVARD"; THE MOUNT SINAI HOSPITAL; ADT RECOMMENDER; THE 730 PSYCHS; AMERICAN RED CROSS; DHS OFFICE OF THE OMBUDSMAN,

               Defendants.

19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 23, 2021, Defendants filed a motion for summary judgment in this case. On October 27, 2021, the Court ordered Plaintiff to file a response to Defendants' motion or a notification to the Court that he does not intend to oppose the motion by December 28, 2021. On December 28, 2021, Plaintiff filed an opposition to Defendants' motion. Defendants have not, however, filed a reply. By no later than January 17, 2022, Defendants shall either file their reply or inform the Court that they do not intend to reply.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following three addresses:

151 1st Avenue #270, New York, NY 10003
1 Brookdale Plaza, Brooklyn, NY 11212
2402 Atlantic Avenue, Brooklyn, NY 11233

SO ORDERED.

Dated:    January 10, 2022
           New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge