```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

            Plaintiff,

v.

JOHN/JANE DOE 1-9; SGT. FINNEY, #3281, 3271; BRC "THE BOULEVARD"; THE MOUNT SINAI HOSPITAL; ADT RECOMMENDER; THE 730 PSYCHS; AMERICAN RED CROSS; DHS OFFICE OF THE OMBUDSMAN,

            Defendants.

19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 23, 2021, Plaintiff submitted a filing entitled "Motion to Suppress," requesting that the Court exclude certain discovery responses that were allegedly produced by Defendants after the close of discovery. Dkt. 48. The Court construes this as a motion to preclude discovery pursuant to Federal Rule of Civil Procedure 37(c). By February 2, 2022, Defendants shall respond to Plaintiff's motion. Defendants shall either explain why their supplementation is not untimely under Federal Rule of Civil Procedure 26(e)(1)(A) and/or why any violation of Federal Rule of Civil Procedure 26(e)(1)(A) is harmless or substantially justified under Federal Rule of Civil Procedure 37(c).

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following three addresses:

151 1st Avenue #270, New York, NY 10003
1 Brookdale Plaza, Brooklyn, NY 11212
2402 Atlantic Avenue, Brooklyn, NY 11233

SO ORDERED.

Dated:    January 20, 2022
          New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge