```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

    Plaintiff,

v.

SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,

    Defendants.

No. 19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

To assist the Court in ruling on Defendants' pending motion for summary judgment, Defendants shall submit a letter brief addressing the following issues by March 25, 2022:

- Whether the disorderly conduct summons issued to Plaintiff on April 20, 2019 led to any formal proceedings;

- If so, the date and nature of the outcome of those proceedings, and whether they "terminated in [Plaintiff's] favor." *Posr v. Doherty*, 944 F.2d 91, 100 (2d Cir. 1991).

Defendants must submit either testimonial or documentary evidence supporting any factual assertions.

SO ORDERED.

Dated: March 21, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge