```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                          Plaintiff,<br><br>                v.<br><br>SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,<br><br>                          Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 11, 2022, the Court received from *pro se* Plaintiff a letter in which he expressed his intention to file a Rule 60(b) motion in response to the Court's ruling of March 23, 2022. On April 12, 2022, the Court construed his letter as expressing an intention to file a motion for reconsideration. It ordered that by May 13, 2022, Plaintiff either file such a motion or file a letter setting forth the basis for his belief that another procedural vehicle governs his request.

On May 13, 2022, Plaintiff contacted this Court's chambers by telephone, seeking an extension of time. That application is granted. Plaintiff's time to file either a reconsideration motion or clarifying letter is extended to May 27, 2022. Nonetheless, Plaintiff is reminded that, consistent with this Court's rules of practice in *pro se* cases, all future communications with the Court must be made in writing.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 17, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge