USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

            Plaintiff,

            v.

SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,

            Defendants.

No. 19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 17, 2022, the Court extended Plaintiff's time to file either a reconsideration motion or other motion in response to the Court's summary judgment ruling of March 23, 2022. To date, the Court has not received any communication from Plaintiff. Accordingly, it assumes he no longer intends to file a motion in response to the Court's March 23 opinion.

    In its March 23 opinion, the Court deferred ruling on Plaintiff's renewed request for *pro bono* counsel. Because mediation has proven unsuccessful in resolving Plaintiff's surviving First Amendment claim, the Court finds that the appointment of *pro bono* counsel is appropriate at this time. The Court advises Plaintiff that there are no funds to retain counsel in civil cases and that the Court relies on volunteer attorneys. If an attorney volunteers, the attorney will contact Plaintiff directly. There is no guarantee that a volunteer attorney will decide to take the case, and Plaintiff should be prepared to proceed with the case *pro se*.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 6, 2022
New York, New York

                                                             _____
                                                             Hon. Ronnie Abrams
                                                             United States District Judge