UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

            Plaintiff,

v.

SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,

            Defendants.

No. 19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 23, 2023, the Court granted Defendants' motion for summary judgment on all claims except one of Plaintiff's First Amendment retaliation claims. On June 6, 2022, after the parties were unsuccessful in resolving Plaintiff's surviving claim in mediation, the Court directed the Clerk's Office to seek *pro bono* counsel for Plaintiff.

As of today, Plaintiff remains without an attorney, notwithstanding the efforts of the Clerk's Office to secure him one. Given the age of this case, the Court hopes to proceed to trial as soon as possible. To discuss next steps in this matter, the Court will hold a telephonic conference on May 2, 2023 at 4:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    April 19, 2023
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge