UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE, <br><br> Defendants. | No.   19-CV-4109 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On March 23, 2022, the Court granted Defendants' motion for summary judgment on all claims except one of Plaintiff's claims, and on June 6, 2022, after the parties were unsuccessful in resolving Plaintiff's surviving claim in mediation, the Court directed the Clerk's Office to seek pro bono counsel for Plaintiff.

On April 19, 2023, the Court ordered the parties to appear for a telephonic conference on May 2, 2023 to discuss the status of this case, including Plaintiff's attempt to secure counsel, and to schedule a trial on Plaintiff's remaining claim for retaliation in violation of the First Amendment. After Plaintiff failed to appear at the conference, the Court adjourned.

Accordingly, the conference scheduled for May 2, 2023 is rescheduled to May 25, 2023 at 4:00 p.m (Eastern Standard Time). The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. If Plaintiff again fails

to appear, the Court may dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

SO ORDERED.

Dated: May 3, 2023
       New York, New York

_____
Ronnie Abrams
United States District Judge