UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

        Plaintiff,

    v.

SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,

        Defendants.

No.   19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 19, 2023, the Court ordered the parties to appear for a telephonic conference on May 2, 2023 to discuss the status of this case, including Plaintiff's attempt to secure counsel, and to schedule a trial on Plaintiff's remaining claim for retaliation in violation of the First Amendment. After Plaintiff failed to appear at the conference, the Court adjourned, subsequently issuing an order on the docket rescheduling the conference for May 25, 2023 at 4:00 p.m. and warning that if Plaintiff again failed to appear, the Court might dismiss this action for failure to prosecute.

    Plaintiff again failed to appear at the May 25, 2023 conference, and has not otherwise communicated with the Court in over a year. Plaintiff shall be given one final opportunity to notify the Court whether he intends to prosecute this action. If he fails to notify the Court by June 9, 2023 that he intends to prosecute this action, it will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    May 26, 2023
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge