UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SERGEANT WILLIAM FINNEY, OFFICER STEPHEN STREICHER, and OFFICER ANTHONY TORTORICE,<br><br>                              Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It is hereby ordered that trial is scheduled in this matter to begin on May 20, 2024. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, Defendants shall file all pretrial submissions by April 15, 2024.

In accordance with this Court's Special Rules & Practices in Civil *Pro Se* Cases, Mr. Chavez shall file a concise, written Pretrial Statement by April 15, 2024. This Statement need take no particular form, but it must contain the following: (1) a statement of the facts Mr. Chavez hopes to prove at trial; (2) a list of all documents or other physical objects that Mr. Chavez plans to put into evidence at trial; and (3) a list of the names and addresses of all witnesses Mr. Chavez intends to have testify at trial. The Statement must be sworn by Mr. Chavez to be true and accurate based on the facts known by him. Mr. Chavez shall file an original of this Statement with the Pro Se Office and an Affidavit of Service or other statement affirming that he sent a copy to Defendants.

If Mr. Chavez wishes to object or respond to Defendants' submissions, he shall do so by April 26, 2024. A final pretrial conference is scheduled for May 10, 2024 at 2:00 p.m.

Although the Court will continue to attempt to locate pro bono counsel to represent Mr. Chavez, there is no assurance it will be able to do so, and Mr. Chavez must prepare accordingly to

try his case himself on May 20, 2024.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff's address.

SO ORDERED.

Dated:   November 3, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge