UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                Plaintiff,

        v.

SERGEANT WILLIAM FINNEY,
OFFICER STEPHEN STREICHER, and
OFFICER ANTHONY TORTORICE,

                Defendant.

No. 19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 6, 2022, the Court directed the Clerk's Office to seek *pro bono* counsel for Mr. Chavez at his request. *See* Dkt. No. 75. Since that time, Mr. Chavez has expressed continued interest in obtaining *pro bono* counsel. *See, e.g.*, Dkt. No. 89.

This week, the Clerk's Office identified an attorney who has reviewed Mr. Chavez's case and is interested in representing him *pro bono*. That attorney has reached out to Mr. Chavez, but he has since been unable to speak with him or get confirmation that he remains interested in *pro bono* counsel.

Accordingly, if Mr. Chavez is interested in utilizing this counsel, *pro bono*, the Court advises him to respond to the attorney's correspondence and schedule a meeting as soon as possible. This will be the Court's final effort to locate an attorney who is willing to represent Mr. Chavez at trial, which is scheduled to begin on May 20, 2024. If Mr. Chavez declines representation, he should be prepared to proceed with trial *pro se*.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chavez. The Court will also send it to an email address it has been provided for Mr. Chavez.

SO ORDERED.

Dated:   April 23, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge