UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

                              Plaintiff,

          v.

SERGEANT WILLIAM FINNEY,
OFFICER STEPHEN STREICHER, and
OFFICER ANTHONY TORTORICE,

                              Defendants.

No. 19-CV-4109 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On April 30, 2024, attorneys John S. Crain and Valdi Licul filed a notice of appearance to serve as *pro bono* counsel on behalf of Plaintiff Chavez.  No later than May 8, 2024, Plaintiff's counsel shall submit any objections to the pretrial materials submitted by Defendants on April 15, 2024.  As a reminder, the final pretrial conference is scheduled for May 10, 2024 at 2:00 p.m., and the trial is scheduled to begin on May 20, 2024. To the extent Plaintiff's counsel seeks to adjourn the pretrial conference to the week of May 13, 2024, they shall confer with Defendants' counsel and submit a joint letter to the Court no later than May 8, 2024.

SO ORDERED.

Dated:     May 3, 2024
           New York, New York

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge