UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>SERGEANT WILLIAM FINNEY and<br>OFFICER STEPHEN STREICHER,<br><br>                    Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      As discussed during today's conference, it is hereby ordered that trial is scheduled in this matter to begin on September 9, 2024. A final pretrial conference is scheduled for September 6, 2024 at 2:30 p.m.

      In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall submit a proposed joint pretrial order no later than August 23, 2024. All motions *in limine* as well as joint proposed voir dire questions, a verdict form, and jury instructions are also due no later than August 23, 2024. Any responses shall be filed by August 28, 2024.

      The Court also grants Plaintiff's motion to reopen discovery for the limited purpose of deposing trial witnesses on the remaining issues in the case. If Plaintiff seeks to add any trial witnesses, he shall notify Defendants and the Court no later than June 10, 2024.

SO ORDERED.

Dated:    May 10, 2024
              New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge