UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                    Plaintiff,

           v.

SERGEANT WILLIAM FINNEY and
OFFICER STEPHEN STREICHER,

                  Defendants.

No. 19-CV-4109 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On July 17, 2024, the Court referred this matter to Magistrate Judge Aaron for general pretrial management.  It also ordered Mr. Chavez to file a letter to Judge Aaron, no later than July 26, 2024, if he still seeks to "reopen discovery for the limited purpose of deposing trial witnesses on the remaining issues in the case."  Dkt. No. 117.  To date, no letter has been filed.  Accordingly, this matter is ready to proceed to trial.

As a reminder, trial is scheduled in this matter to begin on September 9, 2024, and a final pretrial conference is scheduled for September 6, 2024 at 2:30 p.m.  *See* Dkt. No. 107.  This pretrial conference will occur in person at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, in courtroom 1506.  Mr. Chavez is expected to attend both the final pretrial conference and the trial at the Courthouse.  If he does not appear, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chavez.

SO ORDERED.

Dated:      August 5, 2024
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge