UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                Plaintiff,

         v.

SERGEANT WILLIAM FINNEY and
OFFICER STEPHEN STREICHER,

                Defendants.

No. 19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On August 19, 2024, the Court received Plaintiff's pretrial statement and additional documents via email. They are attached to this Order.

    The Clerk of Court is respectfully directed to enter these documents on the docket.

SO ORDERED.

Dated:    August 20, 2024
           New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge

1  U.S.D.C. for the S.D.N.Y.
2
3  CHAVEZ
4      V.                    19-cv-4109 (RA)
5  FINNEY, et al.
6                            Concise Pretrial Statement
7
8  (1) A factual dispute exists. According to Def, Pla. was
9  yelling, cursing, and failing to obey commands to cease that
10 conduct and to leave. Streicher Aff. Para. 2-6; Summons.
11 But according to Plaintiff, he was engaging in worship and
12 responding to Defendants "respectfully." Compl. at 11.
13 Plain. never exhibited any conduct that would have supplied probable
14 cause to issue a summons for disorderly conduct. PC is rel. but not
15 The PA of Gospel was "motivating factor" in adv. action. dispositive. Lozman.?
16 NO P.C. Def to a wrongful summons for "non-serious" misdem.
17
18 (2) A DB meter; Clive Davis Inst. Music Industry Essentials cert.; vocal
19 lessons University Transcript grades; letter of Recommendation from Berklee;
20 Violin, Laptop computer; 4 cell phones. Flo live stream of plaintiff
21 at time of arrest demonstrating no disorderly conduct. Star-store
22 Joe's photograph of field trip participants at NAZ pop-up@
23 sorry.
24
25 (3) "Star Store" Joe; everyone in NAZ pop-up picture
26 OdinPerez1981@gmail.com
27                                    SWORN TRUE/ACCURATE 4/14/24
28

1 USDC for the SDNY
2 CHAVEZ v. FINNEY, et al.

3 **CERTIFICATE OF SERVICE**                                              19-cv-4109 (RA)

4 I hereby certify that on April 15, 2024, the foregoing was served to all parties who have
5 appeared pursuant to this Court's CM/ECF system, and to the following, via e-mail:
6 "malysa, matthew" <MMalysa@panynj.gov>


7 s/ Juan P. Chavez *d/b/a* rco.cash

> 8 [Chavez, Juan Pablo, 1986-](#)
>
> 9 [Totenberg, Toliver, pseud.](#)

10 4/14/24

# Invoice

# Bflat+ Media Publishing

**Invoice number** 29997199-0001
Date of issue     April 14, 2024
Date due          April 15, 2024

| | | |
|---|---|---|
| **Bflat+ Media Publishing**<br>Judge John Aiso Street<br>Los Angeles, California 90012<br>United States<br>+1 629-777-8203 | **Bill to**<br>NYNJ PORT AUTHORITY SERVICE ORDERS<br>4 World Trade Center<br>150 Greenwich Street, 24th Floor<br>New York, New York 10007<br>United States<br>+1 212-435-3517<br>MMalysa@panynj.gov | **Ship to**<br>NYNJ PORT AUTHORITY SERVICE ORDERS<br>4 World Trade Center<br>150 Greenwich Street, 24th Floor<br>New York, New York 10007<br>United States<br>+1 212-435-3517 |

## $52,808.10 USD due April 15, 2024

[Pay online]

Memo: 1317852300
XLM Address:
GB5CLRWUCBQ6DFK2LR5ZMWJ7QCVEB3XKMPTQUYCDIYB4DRZJBEW6M26D

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| 28 CFR § 0.114 (a) (1) &/or (2) | 1 | $8.00 | $8.00 |
| 28 CFR § 0.114 (a) (3) | 16 | $65.00 | $1,040.00 |
| 28 CFR § 0.114 (a) (4) (101 retained) | 101 | $0.10 | $10.10 |
| 28 CFR § 0.114 (b) | 1 | $1,500.00 | $1,500.00 |
| 28 CFR § 0.114 (c) | 1 | $350.00 | $350.00 |
| 28 CFR § 0.114 (h) | 499 | $100.00 | $49,900.00 |
| | | Subtotal | $52,808.10 |
| | | Total | $52,808.10 |
| | | **Amount due** | **$52,808.10 USD** |

Reason, Logic & Law d/b/a rco.cash (318) 523-1411
Affidavit of Service Invoice
19-cv-4109 (RA)
reasonlogiclaw@gmail.com

Payments may also be made using Paypal https://www.paypal.com/donate/?hosted_button_id=H8BMT9BTH4YGY
$reasonlogiclaw on Cashapp or @rtsmed on Venmo

Thank you for requiring our service!



# Fwd: 345 Eldert - how is everone doing?
1 message

**JOHNNY ARCO** <johnnyarco@gmail.com>  Mon, Aug 19, 2024 at 10:20 AM
To: 4rco.cash@gmail.com

---------- Forwarded message ---------
From: **JOHNNY ARCO** <johnnyarco@gmail.com>
Date: Mon, Aug 19, 2024, 10:19 AM
Subject: Fwd: 345 Eldert - how is everone doing?
To: <legal@airbnb.com>, <diana@4thandmain.net>

---------- Forwarded message ---------
From: **Rachel Fuentes** <rfuentes@rbscc.org>
Date: Sun, Jun 19, 2011, 8:00 AM
Subject: 345 Eldert - how is everone doing?
To: Rachel Fuentes <rfuentes@rbscc.org>

Good morning everyone:

  Happy father's day to the dad's and to everyone's fathers. I must remember to call my own.

  So yesterday was pretty eventful. 6 vacates are already lifted, lets hope even more people get to return to their homes today. You are all doing an amazing job of banding together to help eachother. Its really incredible.

  I don't really have any updates for you. Carnegie is back in action today, so I imagine a lot of the outstanding issues that involve the management will begin to be resolved today.

  At this point, I just want to ask if you have any needs or concerns that you would like us to help address. We will do our best to do so.   I am especially concerned about all those who are in Red Cross shelter through tomorrow. I want to be sure you are all okay


  Many of you and your neighbors are looking for new places.  I work with most of the major loft buildings in North Brooklyn and I  know alot about them. So, if you are looking at a new loft space and you want to know more about the building, the landlords, the building's status under loft law or anything else, feel free to reach out to me and I can give you the low down.  I would hate to see any of you go through the same thing all over again.

  I also want to pass along the contact information for myself, for your Councilman Erik Dilan and for David Ratner, the attorney we invited out yesterday.


 Rachel Fuentes

 Director of Organizing - Ridgewood Bushwick Senior Citizens Council

 Lead Organizer - East Williamsburg/Bushwick Loft Tenants Association

  email: rfuentes@rbscc.org

  tel: 718-484-8552

  cell: 203-918-9006

Councilmember Erik Dilan - 37th District

Tel: 718-642-8664

Chief of Staff - Rafael Espinal -

David Ratner

Hartman, Ule, Rose & Ratner

305 Broadway # 1201
New York, NY 10007-1172

Phone:(212) 437-9110

I'll be in and around Bushwick most of the day if anyone needs anything.

Best,

Rachel





| | | | EJ-130 |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | | FOR COURT USE ONLY |

NAME: Chris Evans #202135/Mackenzie Gonzales #333839
FIRM NAME: Kimball, Tirey & St. John LLP
STREET ADDRESS: 915 Wilshire Blvd, Suite 1650
CITY: Los Angeles   STATE: CA   ZIP CODE: 90017
TELEPHONE NO.: (213) 337-0050   FAX NO.: (213) 337-0080
EMAIL ADDRESS:
ATTORNEY FOR (name): Plaintiff
[X] ATTORNEY FOR:   [X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 NORTH HILL STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: LOS ANGELES SUPERIOR COURT LOS ANGELES / CENTRAL DISTRICT

PLAINTIFF/PETITIONER: 4th and Main, LLC
DEFENDANT/RESPONDENT: Travis D. Holifield

CASE NUMBER: 23STUD16778

WRIT OF:
[ ] EXECUTION (Money Judgment)
[X] POSSESSION OF   [ ] Personal Property   [X] Real Property
[ ] SALE

[X] Limited Civil Case (including Small Claims)
[ ] Unlimited Civil Case (including Family and Probate)

1. To the Sheriff or Marshal of the County of: Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): 4th and Main, LLC
   is the [X] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Travis D. Holifield
   334 S. Main Street #9605
   Los Angeles, CA 90013

   [ ] Additional judgment debtors on next page
5. Judgment entered on (date): 07/26/2024
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)  $ Possession
12. Costs after judgment (CCP 685.090)  $ Only
13. Subtotal (add 11 and 12)  $ 0.00
14. Credits to principal (after credit to interest)  $
15. Principal remaining due (subtract 14 from 13)  $ 0.00
16. Accrued Interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)  $
17. Fee for issuance of writ (per GC 70626(a)(I))  $ 40.00
18. Total amount due (add 15, 16, and 17)  $ 40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)  $ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j))  $ 0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

**POSSESSION ONLY** (stamp)

David W. Slayton, Executive Officer/Clerk of Court
Date: 08/06/2024   Clerk, by B. Portier, Deputy

[SEAL – Superior Court of California, County of Los Angeles]

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

WRIT OF EXECUTION

Page 1 of 3
Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

23-4193584

Electronically Received 08/05/2024 10:31 AM

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: 4th and Main, LLC | CASE NUMBER: |
| Defendant/Respondent: Travis D. Holifield | 23STUD16778 |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*
   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☒ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:
   
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☒ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. ☒ Possession of real property: The complaint was filed on *(date):* 12/29/2023
      (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)
      (1) ☒ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) (See CCP 415.46 and 1174.3(a)(2).)
      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
         (a) The daily rental value on the date the complaint was filed was $ 105.00
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

Item 25 continued on next page

**WRIT OF EXECUTION**

EJ-130 [Rev. September 1, 2020]
CEB Essential Forms
ceb.com

23-4193584

Page 2 of 3

| Plaintiff/Petitioner: 4th and Main, LLC | | |
|---|---|---|
| Defendant/Respondent: Travis D. Holifield | CASE NUMBER: 23STUD16778 | EJ-130 |

25. b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
  c. ☐ Sale of personal property.
  d. ☐ Sale of real property.
  e. The property is described    ☒ below    ☐ on Attachment 25c.
    334 S. Main Street #9605
    Los Angeles CA 90013

---

**NOTICE TO PERSON SERVED**

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

**EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED.** If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

**EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.** If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130 [Rev. September 1, 2020]      **WRIT OF EXECUTION**      Page 3 of 3
CEB Essential Forms    ceb.com      23-4193584

**COUNTY OF LOS ANGELES**
**SHERIFF'S DEPARTMENT**
**COURT SERVICES DIVISION**

# NOTICE TO VACATE

CASE NUMBER: 23STUD16778

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached,

**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER THAN:** _____, 20 ____.

ROBERT G. LUNA, SHERIFF

SHERIFF'S BRANCH (Name, Address and Telephone Number)

☐
L.A. COUNTY SHERIFF'S DEPT.
COUNTY COURT HOUSE
110 N. GRAND AVE., RM 525
LOS ANGELES, CA 90012

By: _____ Deputy

Date: _____

76N654E SH-CI-52 (REV. 08/19)

**NOTICE TO VACATE**

---

334 S. Main Street #9605
Los Angeles, CA 90013

☐ Additional judgment debtors on next page

5. Judgment entered on (date): 07/26/2024
   (See type of judgment in item 22.)
6. ☐ Judgment renewed on (dates):

7. Notice of sale under this writ:
   a. ☒ has not been requested.
   b. ☐ has been requested (see next page).
8. ☐ Joint debtor information on next page.

[SEAL]

12. Costs after judgment (CCP 685.090)  $ Only
13. Subtotal (add 11 and 12)  $ 0.00
14. Credits to principal (after credit to interest)  $
15. Principal remaining due (subtract 14 from 13)  $ 0.00
16. Accrued Interest remaining due per
    CCP 685.050(b) (not on GC 6103.5 fees)  $
17. Fee for issuance of writ (per GC 70626(a)(l))  $ 40.00
18. Total amount due (add 15, 16, and 17)  $ 40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j))  $ 0.00
    $ 0.00
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

POSSESSION ONLY

Date: 08/06/2024

David W. Slayton, Executive Officer/Clerk of Court
Clerk, by B. Portier , Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

**WRIT OF EXECUTION**

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

Page 1 of 3

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

23-4193584



ff/Petitioner: 4th and Main, LLC
nt/Respondent: Travis D. Holifield

Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

CASE NUMBER: 23STUD16778

22. The judgment is for *(check one):*
   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☒ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:
   a. on *(date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☒ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. ☒ Possession of real property: The complaint was filed on *(date):* 12/29/2023
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
      (1) ☒ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) (See CCP 415.46 and 1174.3(a)(2).)
      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
         (a) The daily rental value on the date the complaint was filed was $ 105.00
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

EJ-130 [Rev. September 1, 2020]
CEB Essential Forms
ceb.com

Item 25 continued on next page
**WRIT OF EXECUTION**

23-4193584      Page 2 of 3

| | |
|---|---|
| Plaintiff/Petitioner: 4th and Main, LLC | |
| Defendant/Respondent: Travis D. Holifield | |
| | CASE NUMBER: 23STUD16778 |

EJ-130

25. b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
  c. ☐ Sale of personal property.
  d. ☐ Sale of real property.
  e. The property is described    ☒ below    ☐ on Attachment 25c.
     334 S. Main Street #9605
     Los Angeles CA 90013

**NOTICE TO PERSON SERVED**

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

**EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED.** If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

**EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.** If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

EJ-130 [Rev. September 1, 2020]
CEB Essential Forms

**WRIT OF EXECUTION**

23-4193584     Page 3 of 3

