UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                       Plaintiff,

            v.                               No. 19-CV-4109 (RA)

SERGEANT WILLIAM FINNEY and                ORDER
OFFICER STEPHEN STREICHER,

                     Defendants.

---

RONNIE ABRAMS, United States District Judge:

      The Court previously ordered Plaintiff to submit his objections to Defendants' pre-trial submissions no later than September 3, 2024. *See* ECF No. 123. Defendants shall also have until September 3, 2024 at 12:00 p.m. to file any objections to Plaintiff's pre-trial submissions, including motions *in limine*. Defendants are directed to send any such submissions to Plaintiff via overnight mail, as well as via email.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    August 28, 2024
            New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge