UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

            Plaintiff,

     v.

SERGEANT WILLIAM FINNEY and
OFFICER STEPHEN STREICHER,

            Defendants.

No. 19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 8, 2024, the Court received the attached letter from Mr. Chavez via email.

The Court reminds Mr. Chavez that should he fail to appear for trial on September 9, 2024, his case will be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Court will send a courtesy copy of this Order to Plaintiff via email. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chavez.

SO ORDERED.

Dated:    September 8, 2024
           New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge



U.S.D.C. for the S.D.N.Y.
Whoa! my love... my darling
CHAVEZ
I have hungered.... yet
      v.                            19-cv-4109 (RA)
the first time ever I saw your face
FINNEY                              *LETTER
I [knew] The Son[.]
                            inn camera
                            (straight to chambers)
my Father² taught me my first prelude
In omnibus fere minore aetati succurritur.
a non age O/15.   15 years later I freed myself
I made known to them your name, and I will continue to
make it known, that the love with which you have
from my Mommy. I put her in a cage for 20
loved me may be in them, and I in them.
years before I spoke to her again. Please
keep them from the evil one.
hear me?! Not one of us; Not one

is free
                    11:55pm PST  9/7/24
                    Skidrow # DTLA
until all of us are free.
                            *Love,
                            — John Paul
¹Navajo Nation (FMO)(CAS)
            C.D.CA.    his first born son
² The only thing green that he gave me was moldy bread.