UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>SERGEANT WILLIAM FINNEY and<br>OFFICER STEPHEN STREICHER,<br><br>                    Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 8, 2024, the Court received the attached emails from Mr. Chavez via email.

The Court reminds Mr. Chavez that should he fail to appear for trial on September 9, 2024, his case will be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Court will send a courtesy copy of this Order to Plaintiff via email. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Chavez.

SO ORDERED.

Dated:   September 8, 2024
         New York, New York

                                             _____
                                             Hon. Ronnie Abrams
                                             United States District Judge



Delete Archive Reply Reply all Forward Zoom

## Re: No. 19-cv-4109, Chavez v. Finney

TT Toliver Totenberg <reasonlogiclaw@gmail.com>
To: Abrams NYSD Chambers
Cc: pooler_pyright@ca2.uscourts.gov

Sun 9/8/2024 2:49 PM

19cv4109 - Chavez - Order 9 ...
1 MB

**CAUTION - EXTERNAL:**

Your Honor,

Mr. Chavez still intends to be eat trial in the morning. However, by 8pm PST this evening, he will know whether his intentions are possible due to the margin for error provided by Communications and the Licensing governing body in this case. If his inn-person appearance is not possible due to his Grave disability and in forma pauperis status, among other things, he wishes to appear remotely for any meanin.gus access by phone/Teams for any-and-all reasons the court may allow. . . even if only to be dismissed with prejudice, and contribute what he is ABLE to your $1,000.00 (>one-month welfare abatement) sanction.

We pray he is made able in time for justice to be administered timely first sing in the morning.
God speed.
--
Toliver Totenberg
ABA Moot Court Judge

On Sun, Sep 8, 2024 at 9:11 AM Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please find attached an Order signed by Judge Abrams. It should appear on the docket on Monday morning.
>
> Best regards,
>
> Chambers of Hon. Ronnie Abrams

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Reply Reply all Forward

9/8/24, 3:32 PM
Case 1:19-cv-04109-RA-SDA Document 131 Filed 09/08/24 Page 3 of 3
Fwd: No. 19-cv-4109, Chavez v. Finney - Abrams NYSD Chambers - Outlook

## Fwd: No. 19-cv-4109, Chavez v. Finney

Toliver Totenberg <reasonlogiclaw@gmail.com>
Sun 9/8/2024 3:09 PM
To:marcie@anzieblue.com <marcie@anzieblue.com>;Info@goldve.com <Info@goldve.com>
Cc:johnny@rco.cash <johnny@rco.cash>

1 attachments (1 MB)
19cv4109 - Chavez - Order 9 8 2024.pdf;

**CAUTION - EXTERNAL:**

Can anyone sponsor travel and accommodation for our first amen. Light? Maestro Chavez is wheating inn patients.

---------- Forwarded message ---------
From: **Toliver Totenberg** <reasonlogiclaw@gmail.com>
Date: Sun, Sep 8, 2024 at 11:49 AM
Subject: Re: No. 19-cv-4109, Chavez v. Finney
To: Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>
Cc: <pooler_pyright@ca2.uscourts.gov>


Your Honor,

Mr. Chavez still intends to be eat trial in the morning. However, by 8pm PST this evening, he will know whether his intentions are possible due to the margin for error provided by Communications and the Licensing governing body in this case. If his inn-person appearance is not possible due to his Grave disability and in forma pauperis status, among other things, he wishes to appear remotely for any meanin.gus access by phone/Teams for any-and-all reasons the court may allow. . . even if only to be dismissed with prejudice, and contribute what he is ABLE to your $1,000.00 (>one-month welfare abatement) sanction.

We pray he is made able in time for justice to be administered timely first sing in the morning. God speed.
--
Toliver Totenberg
ABA Moot Court Judge

On Sun, Sep 8, 2024 at 9:11 AM Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
> Please find attached an Order signed by Judge Abrams. It should appear on the docket on Monday morning.
>
> Best regards,
>
> Chambers of Hon. Ronnie Abrams