UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

               Plaintiff,

         v.

SERGEANT WILLIAM FINNEY and
OFFICER STEPHEN STREICHER,

               Defendants.

No. 19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 9, 2024, the Court received the attached email from Plaintiff.

In light of Plaintiff's representation that he will not appear in person for trial this morning, the trial is hereby cancelled. As will be discussed in a more fulsome order to follow, this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court will email a courtesy copy of this order to the parties. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    September 9, 2024
          New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge

| | |
|---|---|
| **From:** | Juan Chavez |
| **To:** | Abrams NYSD Chambers |
| **Cc:** | CA02db ProSeCases; pio@supremecourt.gov; eFilingSupport; Pro Se Filing; REASON, LOGIC & LAW |
| **Subject:** | Re: No. 19-cv-4109, Chavez v. Finney |
| **Date:** | Monday, September 9, 2024 3:11:57 AM |

**CAUTION - EXTERNAL:**

Good morning,

After doing my very best to attend in person  I am now aware that I can only prosecute this case today via phone and very limited internet access to Teams. I will call Chambers when the Court opens.

I do hope Your Honor sincerely reconsiders sanctioning and disenfranchising Gravely disabled, *pro se*, paupers held to unlawful mental states and taking action for the Public good of meaningful access to the Courts. As I mentioned, you can not squeeze organic Turnip juice from a Blood gangster. Please speak to Vilsack and Cardona.

Sincerely, with the best regards and respect,
Juan Chavez

On Sun, Sep 8, 2024 at 1:44 PM Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov> wrote:

> Good afternoon,
>
>
> Please find attached a second order signed by Judge Abrams. The Order will likely appear on the docket on Monday morning.
>
>
> Thank you,
>
> Chambers of Hon. Ronnie Abrams

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.