UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

               Plaintiff,

v.

SERGEANT WILLIAM FINNEY and
OFFICER STEPHEN STREICHER,

               Defendants.

No. 19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 9, 2024, the Court received the attached email from Plaintiff, which it construes as a notice of appeal.

    Plaintiff is reminded that he must make all filings through the Southern District of New York's Pro Se Office, and not via email to Chambers. Further information on filing a notice to appeal, including on how to file a motion to proceed *in forma pauperis*, is available on the Court's website at this link: https://nysd.uscourts.gov/forms/notice-appeal-civil-case.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    September 9, 2024
            New York, New York

                                                          Hon. Ronnie Abrams
                                                          United States District Judge

# Abrams NYSD Chambers

| | |
|---|---|
| **From:** | Juan Chavez <jchavez@alumni.berklee.edu> |
| **Sent:** | Monday, September 9, 2024 9:45 AM |
| **To:** | Abrams NYSD Chambers; CA02db ProSeCases; eFilingSupport |
| **Cc:** | REASON, LOGIC & LAW |
| **Subject:** | Notice of Appeal -- from "Final" "Order" |

**CAUTION - EXTERNAL:**

Received, thank you.

And, we *appearing* that this is a final order;

And, *appearing* with an indication that an appeal from this "Order" is taken in good faith;

Pro Se Plaintiff Chavez (IFP authorized) gives Notice of Appeal to the 2nd Circuit

Regards.
s/ Juan Chavez *<--- artificial signature*

On Mon, Sep 9, 2024 at 5:57 AM Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov> wrote:

> Good morning,
>
> Please find a courtesy copy of an order signed by Judge Abrams attached to this email. It should appear on the docket later this morning.
>
> Best regards,
>
> Chambers of Hon. Ronnie Abrams

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.