UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>                Plaintiff,<br><br>             v.<br><br>SERGEANT WILLIAM FINNEY and<br>OFFICER STEPHEN STREICHER,<br><br>                Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

        The Court reminds Mr. Chavez that he may not send the Court filings, attachments, and/or other messages via email. Although the Court permitted Mr. Chavez to submit a limited number of documents to the Court via email during the week before his trial date, any future submissions must be made through the Pro Se Office. The Court will not docket any such emails or attachments.

        The Court also reminds Mr. Chavez that this case is closed.

        The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    September 27, 2024
            New York, New York

                                                            Hon. Ronnie Abrams
                                                             United States District Judge