UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN PABLO CHAVEZ,

                Plaintiff,

           v.

SERGEANT WILLIAM FINNEY and OFFICER STEPHEN STREICHER,

                Defendants.

19-CV-4109 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On January 3, 2025, the Court received a submission from Mr. Chavez that included a handwritten complaint, confidential health records, newspaper clippings, and fax receipts. None of these materials appear to relate to the allegations in this case, nor does Mr. Chavez seek relief against Defendants. Considering the sensitive nature of the materials, the Court will not file them on the docket. The Court reminds Mr. Chavez that this case is closed.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    January 6, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge