UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT WILLIAM FINNEY and OFFICER STEPHEN STREICHER,<br><br>    Defendants. | No. 19-CV-4109 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court has received the enclosed motion for reconsideration, as well as several additional documents that do not appear to relate to this action. After Plaintiff failed to appear for trial, which was scheduled to begin on September 9, 2024, the Court dismissed this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See* ECF No. 134. Plaintiff's motion offers no basis for reconsideration of the Court's order. Accordingly, the motion is denied.

  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: August 11, 2025
    New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge

ENDEMOLSHINE   NEW ZEALAND   KIRIBATI

UNITED STATES DISTRICT COURT
for the Southern District
of ~~ota~~ New York

| | |
|---|---|
| CHAVEZ-MCMAHANTON<br>v. Patrice Lynn<br>@skusche@usda.gov<br>FINNEY, et al. | 19CV4109 (RA)<br>~~25ep~~ (? X?)<br>Reconsideration<br>Motion |

And, Chavez appearing incarcerated still inn-custody of TTCF in Los Angeles, CA, moves the court pro se, ifp pending, pleas/Reconsider?

7/5/25