UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

                Plaintiff,

        v.

SERGEANT WILLIAM FINNEY and OFFICER STEPHEN STREICHER,

                Defendants.

19-CV-4109 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was closed on September 9, 2024. *See* Dkt. No. 134. The Court has now received Plaintiff's letter appearing to raise issues that do not relate to the above titled action, including alleged violations of his rights to due process and a speedy trial, as well as his desire to pursue a malicious prosecution claim. These allegations are not properly before this Court and it will thus not address them.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    September 24, 2025
            New York, New York

Ronnie Abrams
United States District Judge